# United States Court of Appeals
## For the First Circuit

No. 18-8025

GABRIELLE CARLSON, on behalf or herself and all others similarly situated,

Plaintiff, Petitioner,

v.

TARGET ENTERPRISE, INC.,

Defendant, Respondent.

Before

Torruella, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 8, 2019

    Petitioner seeks leave, pursuant to 28 U.S.C. § 1453(c), to appeal from a district court order denying remand of the underlying action to state court. After careful consideration of the parties' papers and relevant portions of the record, we conclude that § 1453(c) review is not in order. <u>See generally</u> <u>Coll. Of Dental Surgeons Of Puerto Rico</u> v. <u>Connecticut Gen. Life Ins. Co.</u>, 585 F.3d 33, 38-39 (1st Cir. 2009) (setting out relevant principles and factors). The petition for permission to appeal is **DENIED**, and this proceeding is **TERMINATED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sergei Lemberg
Jordan S. O'Donnell
Brian Melendez