### EXHIBIT A

Class Experts Group, LLC, Estimate for Settlement Administration Prepared for Stephen Taylor (Apr. 25, 2019)



# Class Experts Group, LLC

Prepared for: Stephen Taylor, Lemberg Law
Submitted via Email: Staylor@LembergLaw.com
Date: April 25, 2019
Matter: *Carlson v. Target Corp.*
Estimate: Settlement Administration

| ASSUMPTIONS | Qty. |
|---|---|
| Class size | 45,781 |
| Class Members to be mailed Postcard Notice | 45,781 |
| UAA Postcard Notice, assumes 15% UAA | 6,867 |
| Mailing addresses updated, assumes 60% updated | 4,120 |
| Claim Forms, assumes 20% of Class Members | 9,156 |
| Paper Claim Form, assumes 30% | 2,747 |
| Online Claim Form, assumes 70% | 6,409 |
| Invalid/Duplicate Claim Form, assumes 30% | 2,747 |
| Valid Claim Forms | 6,409 |
| Checks mailed | 6,409 |
| UAA Checks, assumes 2% UAA | 128 |
| Checks Remailed, assumes 90% of the UAA checks | 115 |
| Checks cashed, assumes 95% of mailed & remailed | 6,089 |

| SERVICES | Qty. | Price | Total |
|---|---|---|---|
| CAFA Notice | 1 | $2,500 | $2,500 |
| Postcard Notice & Claim Form printing & mailing | 45,781 | $0.14 | $6,368 |
| Postcard Notice & Claim Form mailing: postage | 45,781 | $0.269 | $12,315 |
| PO Box per year | 1 | $900 | $900 |
| UAA processing setup | 1 | $780 | $780 |
| Initial UAA processing | 6,867 | $0.45 | $3,090 |
| Advanced address updating | 6,867 | $0.20 | $1,373 |
| NCOA: Notice & Claim Form remailing | 1 | $750 | $750 |
| Remailing UAA Postcards | 4,120 | $0.65 | $2,678 |
| Remailing UAA Postcards: postage | 4,120 | $0.35 | $1,442 |
| Remailing UAA processing | 412 | $0.45 | $185 |
| Call Center | 1 | $3,125 | $3,125 |
| Call Center monthly maintenance | 12 | $180 | $2,160 |
| Call Center IVR per hour | 50 | $70 | $3,500 |
| Website setup | 1 | $2,500 | $2,500 |
| Website monthly maintenance | 12 | $150 | $1,800 |

Class Experts Group, LLC
ClassExpertsGroup.com
(262) 302-4443
info@ClassExpertsGroup.com

CONFIDENTIAL
Page 1

| SERVICES | Qty. | Price | Total |
|---|---:|---:|---:|
| Claims processing setup | 1 | $2,500 | $2,500 |
| Claims processing per claim | 9,156 | $0.50 | $4,578 |
| Monthly reporting | 12 | $325 | $3,900 |
| NCOA: checks | 1 | $750 | $750 |
| Checks printing & mailing | 6,409 | $0.60 | $3,845 |
| Check mailing: postage | 6,409 | $0.35 | $2,243 |
| UAA check processing | 250 | $0.75 | $188 |
| Advanced address updating | 250 | $0.20 | $50 |
| NCOA: check remailing | 1 | $1,000 | $1,000 |
| Remailing UAA checks | 250 | $1.25 | $313 |
| Remailing UAA checks: postage | 250 | $0.35 | $88 |
| Exclusion/objection/correspondence processing per hour | 5 | $35 | $175 |
| Tax Services | 1 | $2,800 | $2,800 |
| Qualified Settlement Fund setup | 1 | $1,950 | $1,950 |
| Account reconciliation & monthly maintenance | 9 | $175 | $1,575 |
| Bank fees per month | 9 | $150 | $1,350 |
| Check clearing | 4,578 | $0.10 | $458 |
| Account Executive | 85 | $175 | $14,875 |
| Case Manager | 75 | $160 | $12,000 |
| Clerical Service | 60 | $75 | $4,500 |
| Call Center Operator | 45 | $110 | $4,950 |
| QA/QC | 25 | $95 | $2,375 |
| Miscellaneous Expenses | 1 | $5,000 | $5,000 |
|  |  |  | **$116,929** |

\* Quantities included herein are estimates; actual quantities will be invoiced.

Class Experts Group, LLC
ClassExpertsGroup.com
(262) 302-4443
info@ClassExpertsGroup.com

CONFIDENTIAL
Page 2