**EXHIBIT C**

Class Experts Group LLC, Website, *online at* https://classexpertsgroup.com/ (accessed June 18, 2019)



# CLASS EXPERTS GROUP, LLC
## CLASS ACTION EXPERT SERVICES, NOTICE & ADMINISTRATION

Home (index.html)

Services (services.html)

Contact (contact.html)



**THE TECH SUPPORT**

Today's best clients demands experts who can finish cases, operate efficiently and be available 24 hours a day, 7 days a week.

| Class | Experts | Group |
|---|---|---|
| C | E | G |

Class Experts Group, LLC is a boutique firm that provides Telephone Consumer Protection Act (TCPA) data analysis & expert services, complex litigation support and consumer class action administration.

**Expertise and Experience**

- Expert Services: CEG has provided expert opinions in hundreds of TCPA and other cases regarding a variety of class-related topics including ascertainability, numerosity, identification and location of class members, class notice, claims adjudication and fund distribution.
- Data Analysis: CEG has the capacity to data mine information required for providing expert opinion services, reports and testimony. CEG's team worked with dozens of systems, multiple sources, and billions of secured records in countless formats in order to effectuate data analysis.
- Class Action Administration: CEG's team oversaw administration of more than 1,200 class action cases, including, but not limited to TCPA, consumer, human rights, ERISA, and insurance.



## Effective Operating Principles

Our mission and business philosophy is simple. We listen and take note of your needs, define our role, visualize and implement the solutions. This process allows us to implement flexible and effective ways to conquer ever-evolving challenges in the legal environment.







CALL
(262) 292-3004


CONTACT
info@classexpertsgroup.com (mailto:info@classexpertsgroup.com)


©Class Experts Group



# CLASS EXPERTS GROUP LLC
### CLASS ACTION EXPERT SERVICES, NOTICE & ADMINISTRATION

Home (index.html)

Services (services.html)

Contact (contact.html)

## CLASS ACTION EXPERTISE AT ITS BEST

CEG leadership team has more than 30 years of combined experience working in, overseeing, and directing all aspects of complex litigation support services.



### Data Management & Analysis

### Expert Reports & Testimony

### TCPA Litigation Support

For over 20 years, CEG's team has supported class action attorneys and has served as expert witnesses or court-approved administrators in nearly 1,500 class action litigations, including Telephone Consumer Protection Act (TCPA), consumer, employment, antitrust, securities fraud, ERISA, civil rights, discrimination and other claims.

CEG's team acts as an extension of your team and prides itself in bringing the highest level of dedication to your case.

- CEG brings unwavering transparency, honesty, integrity, and pride to each case we decide to take on.
- CEG team members are problem solvers, untangling mazes of complex data issues and making them simple to understand.
- There is no one-size-fits-all approach. We take the time to know each aspect of your case through and through in order to provide highly customized services.

At CEG we take the time to understand your project requirements before taking a case. We do a thorough conflict check and evaluate your case specifics. In the event that we cannot provide you the services you need, we refer you to a professional who provides the services you seek.



**ADMINISTRATION**      **NOTICE**      **CLAIMS**      **DISTRIBUTION**

## CASES

TCPA
CONSUMER
INSURANCE
HUMAN RIGHTS
ERISA






CALL
(262) 292-3004


CONTACT
info@classexpertsgroup.com
(mailto:info@classexpertsgroup.com)


©Class Experts Group



Home (index.html)

Services (services.html)

Contact (contact.html)

# CLASS EXPERTS GROUP LLC
CLASS ACTION EXPERT SERVICES, NOTICE & ADMINISTRATION



## Contact Us

Call CEG at (262) 292-3004 to speak with us about your case, request an estimate and discuss how we can help.

**Name**

First Name    Last Name

**Email***

**Phone number**

**Subject**

**Message***

Submit



CALL

(262) 292-3004



CONTACT

info@classexpertsgroup.com (mailto:info@classexpertsgroup.com)



©Class Experts Group