## EXHIBIT D

LinkedIn, Anya Verkhovskaya, President at Class Experts Group, LLC, *online at* https://www.linkedin.com/in/anyaverkhovskaya/ (accessed June 18, 2019)



# Anya Verkhovskaya · 1st
President at Class Experts Group, LLC
Greater Milwaukee Area · See 500+ connections · See contact info

Message    More...

Class Experts Group LLC

## Highlights


**18 Mutual Connections**
You and Anya both know Peter Barry, John Connelly, and 16 others

## About

AWARDS
- Stevie Awards Winner, Women in Business, Best Executive of the Year
- The Golden Bridge Award, Women Executive of the Year, Bronze Winner... see more

## Experience

**President**
Class Experts Group LLC
Feb 2018 – Present · 1 yr 5 mos

**Managing Director**
DRRT
Nov 2016 – Jan 2018 · 1 yr 3 mos

With offices in Miami, Paris, London and Frankfurt, DRRT works with institutional investors in the U.S. and around the world in all aspects of global securities litigation, loss recovery and claims filing.

**Partner and Chief Operating Officer (COO)**
A.B. Data, Ltd.
Jun 1999 – Nov 2016 · 17 yrs 6 mos
Milwaukee, Wisconsin

A.B. Data is an internationally recognized and fast-growing class action administration company with $2.5+ billion in settlements; expertise in managing securities, consumer, antitrust, employment, civil rights, insurance, environmental and other class action administrations.
... See more

**Administrative Director**
Holocaust Era Asset Restitution Taskforce: Project HEART
Jan 2011 – Nov 2013 · 2 yrs 11 mos
Worldwide

Appointed as the Administrative Director of Project HEART and completed that assignment as an officer of A.B. Data.



Get Business Internet.- Then, add Phone & TV for just $34.90 more per month. Ad···

Promoted

 

Get Business Internet.     Are You an Attorney
Then, add Phone & TV for   We need more attorneys
just $34.90 more per       in your area. Apply
month                      for membership

Learn more                 Learn more

Learn the skills Anya has


Leadership Strategies for Women
Viewers: 10,456


De-Escalating Intense Situations
Viewers: 4,475


Learning Data Science: Manage Your Team
Viewers: 12,711

See more courses

Promoted



Get Business Internet.   Want A Board Seat
Then, add Phone & TV for Over 20,000 Opening
just $34.90 more per     Yes We Can Help
month                    Qualified Candidates

Learn more               Learn more

Messaging

Lisa Hutcherson
InMail • Selective Search Matchm...

Jeff Camp
You: Hi, Jeff. Nice to hear from you!

Dan Kelly
Dan: Hi Brian, how are you? I took...

Ellen Tovo-Dwyer
Ellen Tovo-Dwyer is now a conne...

Humberto Mata
Humberto: Likewise, Brian! Sonic...

Kimberly Lowe
Kimberly: Hello, Let me introduce...

PaulLelii
Paul: Thanks Brian for accepting...

Ric Studer
Ric: Congrats on your work anniv...

Mathew M. Meyer
You: Thank you

Gerald Mortenson
You: Thank you

Robert Jacobs
You: Thank you

Jemima Ajanwachuku

