# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gabrielle Carlson, *on behalf of herself and all others similarly situated*, | |
| | Civil Action No.: 4:18-cv-40139-TSH |
| Plaintiff, | |
| v. | |
| Target Enterprise, Inc., | |
| Defendant. | |

## MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

Plaintiff Gabrielle Carlson, by and through undersigned counsel, hereby moves for entry of an Order granting final approval of the Parties' class action Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declaration from the settlement administrator.

Plaintiff respectfully requests that the Court approve the settlement as fair, reasonable and adequate and enter the Final Approval Order in the form attached hereto as Exhibit A.

Dated: December 24, 2019

Respectfully submitted,
LEMBERG LAW, LLC

*/s/ Stephen Taylor*
Sergei Lemberg
Stephen Taylor
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Tel: (203) 653-2250
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2019, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system.

                                            */s/ Stephen Taylor*
                                            Stephen Taylor