# Exhibit A

NOTICE FROM
UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(not a lawyer solicitation)

*Carlson v. Target Enterprise*

Claims Administrator
P.O. Box 404154
Louisville, KY 40233-4154

A Settlement Agreement has been reached in a class action lawsuit alleging that Target Enterprise, Inc. ("Target") violated the law by placing in excess of two telephone calls in a seven-day period to Massachusetts consumers to collect a debt. Target's records show that you may be a Class Member and may be entitled to payment under the Settlement Agreement reached in the case.

«Barcode»

Postal Service: Please do not mark barcode

Claim#: TRR-«ClaimID»-«MailRec»
«First1» «Last1»
«First2» «Last2»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»

A Settlement Fund of $2,275,000.00 has been established to pay valid claims, attorney's fees, costs, any incentive award to the Class Representative and settlement administration costs. Each Class Member is entitled to one equal share of the fund. The final cash payment for Class Members will depend on the total number of valid and timely claims filed by all Class Members. Your legal rights are affected whether you act or don't act, so read this Notice carefully.

This Postcard Notice contains limited information about the Settlement. For more information or to submit an online Claim Form, visit www.CarlsonTargetClass.com.

## TRR

---

*Carefully separate at perforation.*

TRRCRD1

Claim ID: «ClaimID»

### Claim Form

If you wish to participate in the Settlement, please complete, sign, and return this **Settlement Claim Form** or submit an Online Claim Form.

You must complete and submit a Claim Form by <u>October 24, 2019</u>. You may submit a Claim Form online at www.CarlsonTargetClass.com or by completing and submitting this Claim Form to receive your share. The final amount per Class Member will depend on the total number of valid Claim Forms received. To complete this form, provide the information below and execute the certification.

«First1» «Last1»

Claim ID:

**OR** Phone Number Target called:

Address:

City:          State:          Zip Code:

Current Phone Number (optional): _____   Email (optional): _____

**Certification**

By signing and submitting this Claim Form, I certify and affirm that the information I am providing is true and correct to the best of my knowledge and belief, I am over the age of 18 and I wish to claim my share of the Settlement Fund.

Signature: _____   Date (mm/dd/yyyy): _____

*Gabrielle Carlson v. Target Enterprise, Inc., 18-cv-40139 (District of Massachusetts)*
THIS CARD PROVIDES LIMITED INORMATION ABOUT THE SETTLEMENT. VISIT WWW.CARLSONTARGETCLASS.COM FOR MORE INFORMATION

 TRR   «ClaimID»   TRR 

In the lawsuit, the Plaintiff alleges that Target violated the Massachusetts Consumer Protection Act, M.G.L. c. 93A, § 2, et seq. ("MCPA"), and the Massachusetts Debt Collection Regulations, 940 CMR § 7.00, et seq. ("MDCR"), by placing in excess of two calls regarding a debt within a seven-day period to Plaintiff and other Massachusetts consumers. Target denies any wrongdoing, denies that it did not have prior express written consent and denies that it violated the MCPA, the MDCR or any other law. Both sides have agreed to settle the lawsuit to avoid the cost, delay, and uncertainty of further litigation. You can read Plaintiff's Complaint, the Settlement Agreement, other case documents, and submit a Claim Form at www.CarlsonTargetClass.com.

**Who's Included in the Settlement Class?** All persons residing in the Commonwealth of Massachusetts who, within four years prior to the filing of this action, received in excess of two telephone calls regarding a debt from Target within a seven-day period to their residence, cellular telephone, or other provided telephone number.

**What Can You Get?** Class Members who submit a valid and timely Claim Form are entitled to one share from the Settlement Fund. The final cash payment will depend on the total number of valid and timely claims filed by all Class Members. Each claiming Class Member will be entitled to an equal share of the Settlement Fund ($2,275,000.00), after deductions from the fund for administrative costs, attorney's fees and expenses, and any incentive award to the Class Representative (Gabrielle Carlson). The final cash payment will depend on the total number of valid and timely claims filed by all Class Members and the fees, costs and incentive awards approved by the Court. The Settlement is explained in detail in the Full Notice and in the Settlement Agreement available at www.CarlsonTargetClass.com.

**How to Get Money?** To qualify for payment, you must submit a valid Claim Form to *Carlson v. Target Enterprise* Claims Administrator, P.O. Box 404154, Louisville, KY 40233-4154, or submit an Online Claim Form by **October 24, 2019.**

**Your Other Rights.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 24, 2019** or you will not be able to sue the Defendant for any claims relating to this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement Class, you may object to the Settlement by **October 24, 2019**. The Full Notice, located at the website listed below, explains how to exclude yourself from, or object to, the Settlement. The Court will hold a hearing in this case on **January 9, 2020** at 3:00 p.m. to consider whether to approve the Settlement, Plan of Allocation, and a request by the lawyers representing all Class Members for fees of up to 33% of the Settlement Fund, and for reimbursement of expenses for litigating the case and negotiating the Settlement. You may attend the hearing and ask to be heard by the Court, but you do not have to. **If you do not take any action, you will be legally bound by the Settlement and any orders or Judgments entered in the Action, and will fully, finally, and forever give up any rights to prosecute Released Claims.**

For more information or a Claim Form, call 1-855-445-9435 or visit www.CarlsonTargetClass.com

**Do not contact the Court, Defendant or its counsel with questions.**

TRR

PLACE STAMP HERE

CARLSON V TARGET ENTERPRISE CLAIMS ADMINISTRATOR
PO BOX 404154
LOUISVILLE KY 40233-4154