# Exhibit C

**KCC Class Action Services**
*Carlson v. Target Enterprise*
**Exclusion Report**

**Count**
2

| First Initial | Last Name | City | State |
|---|---|---|---|
| L. | DAY | WORCESTER | MA |
| M. | DAY | WORCESTER | MA |